Docusign Envelope ID: FEF95069-9AEC-4329-9F3D-B8027DDAA063

Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALIKA BENNET and MARIAH MEADE, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICUT, INC.,<br><br>Defendant. | Case No. 2:26-cv-00705-RAJ<br><br>**DECLARATION OF RANDALL S. WOOD IN SUPPORT OF MOTION TO TRANSFER VENUE** |

I, Randall S. Wood, hereby declare as follows:

1.     I am employed by Cricut, Inc. as Vice President and Associate General Counsel. I am over the age of eighteen and competent to testify in this matter.

2.     I have been employed by Cricut as counsel since August 2018. In my role, I have experience working with Cricut's Terms of Use and related data infrastructure.

3.     Cricut requires all individuals purchasing Cricut products directly from Cricut's website to create a Cricut ID before checking out. By clicking on the option to create a Cricut ID, the individual is sent to Auth0, a platform Cricut utilizes as its identity management platform.

4.     When an individual creates a Cricut ID on Auth0, they are required to check a box that they have read and agree to the Terms of Use. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the clickwrap requirement when a new ID is created.

DECLARATION OF RANDALL S. WOOD ISO
MOTION TO TRANSFER VENUE - 1
2:26-CV-00705-RAJ

SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

5.      This occurs the first time an individual purchases a product from the Cricut website. However, after creating a Cricut ID, an individual desiring to make additional purchases on Cricut.com consents each subsequent time to the Cricut Terms of Use when they make purchases. Attached hereto as Exhibit B is a true and correct copy of the screen shown to a signed-in user making additional purchases on Cricut.com.

6.      If an individual purchases an internet-connected Cricut device from Cricut.com, a physical store, or one of Cricut's authorized resellers, when using Cricut's software to operate the device they must also create a Cricut ID (or sign in with an already-created Cricut ID). Cricut's software directs its user to create a Cricut ID through the same Auth0 clickwrap that an online purchaser would use. Attached hereto as Exhibit C is a true and correct copy of the screen shown to an individual in this scenario.

7.      If a website visitor desires to sign up only to receive emails from Cricut, they may do so through pop-up offers or the website footer, which all require consent to Cricut's Terms of Use. A Cricut ID, however, is not required just to opt-in to receiving Cricut emails. Attached hereto as Exhibit D is a true and correct copy of the screens that an individual would see when they choose only to sign up for Cricut emails.

8.      Cricut does not use data brokers to purchase or collect individuals' email addresses.

9.      It is my understanding and belief that nearly every user would be required to go through one of the processes explained above to have received a marketing email from Cricut.

10.     When an individual consents to the Cricut Terms of Use by way of Cricut ID creation (including Cricut.com purchases, activation/registration of a Cricut device, first time logging into Cricut's software, etc.) or when Cricut updates its Terms of Use and an individual reengages with the Cricut platform (website, software, etc.) and is shown a notification and choice to reconsent, Cricut logs that individual user's consent, storing important metadata about the Cricut ID, date, time, e-mail, location, device, and version of Terms of Use synonymous with the consent given.

11.     Cricut has consent data on individuals with Cricut IDs as well as users of Cricut's

DECLARATION OF RANDALL S. WOOD ISO
MOTION TO TRANSFER VENUE - 2
2:26-CV-00705-RAJ

SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

software (including all mobile and desktop apps).

12.    I have reviewed Cricut's internal consent logging data for individuals named Mariah Meade. There are three individuals with this name in Cricut's system, each with different e-mail addresses. Each user consented to Cricut's Terms of Use on June 26, 2025, March 22, 2021, and June 24, 2020, respectively.

13.    I have reviewed Cricut's internal consent logging data for individuals named Malika Bennet. There is one individual with this name in Cricut's system who consented to Cricut's Terms of Use on June 29, 2024.

14.    Section 16(c) of the Cricut Terms of Use provides that these Terms "are governed by and will be construed in accordance with the laws of the State of Utah, without reference to (i) any conflicts of law principle that would apply the substantive laws of another jurisdiction to the parties' rights or duties." Section 16(c) further provides that "the exclusive jurisdiction and venue of any dispute, controversy, or claim arising out of or relating to the Platform or Services or these Terms of Use will be the Fourth District Court of Utah or the United States District Court for the District of Utah and each of the parties hereto waives any objection to jurisdiction and venue in such courts." A true and correct copy of the Terms of Use containing this provision is attached hereto as Exhibit E.

15.    Cricut's Terms of Use available on its website have included Utah governing law and exclusive Utah forum the entirety of my employment with Cricut since August 2018.

//

//

//

//

//

//

//

//

DECLARATION OF RANDALL S. WOOD ISO
MOTION TO TRANSFER VENUE - 3
2:26-CV-00705-RAJ

SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

Docusign Envelope ID: FEF95069-9AEC-4329-9E3D-B8027DDAA063

16.    Using the Wayback Machine Internet Archive (http://web.archive.org), one can confirm that Utah governing law and exclusive Utah forum have been a part of Cricut's Terms of Use dating as far back as January 2007. A true and correct copy of the information provided by the Wayback Machine is attached hereto as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

DATED this 6th day of March, 2026, in Kaysville, Utah.



RANDALL S. WOOD

DECLARATION OF RANDALL S. WOOD ISO
MOTION TO TRANSFER VENUE - 4
2:26-CV-00705-RAJ

SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

# Exhibit A

**If someone wants to buy anything from Cricut.com, in order to Checkout they must have a Cricut ID, which means they would need to Create one if they don't already have one**

# Exhibit B

Docusign Envelope ID: FEF95069-9AEC-4329-9E3D-B8027DDAA063



# Exhibit C

Docusign Envelope ID: FEE95069-9AEC-4329-9F2D-B8027DDAA063

**If someone buys a Machine, powers it on, and tries to hook it to our Design Space® software, the software requires them to create a Cricut ID**



# Exhibit D

Docusign Envelope ID: FEE95069-9AEC-4329-9F3D-B8027DDAA063

## If someone visits our website for the first time – they may get provided a pop-up requesting their email (subject to Cricut TOU)



## If someone clicks "Sign Up" in our website email footer



# Exhibit E



You are currently viewing Cricut World

<u>Update your location?</u>    <u>United States</u>

Cricut Legal

Terms of Use

Privacy Policy

Angel Policy

Cricut SHOP Policies

Cricut Access Terms

Patents

Claims of Intellectual Property
Rights Infringement Policy

Business to Business Terms and
Conditions

Accessibility

Content Standards

Subscription Plans

# Terms of Use

*Effective Date: September 16, 2025 (v3.0.0)*

Welcome, and thank you for your interest in Cricut, Inc. (**"Cricut"**, **"we"**, **"our"**, or **"us"**). These Terms of Use together with all documents, policies, and terms they incorporate by reference (collectively, **"Terms of Use"**) are a legally binding contract entered into between you and Cricut regarding your visit, viewing, accessing, or other use of the Platform (defined below, which includes without limitation the Website, Devices, Consumables, Software, Digital Content, and Subscription, each defined below), Professional Services (defined below), and other related services and activities sponsored by Cricut such as Cricut forums/message boards, messaging systems, social media sites, or programs (collectively, **"Services"**). For purposes of these Terms of Use, **"you"** refers to all persons accessing and/or using any part of the Platform and/or Services including you, and if you are entering into these Terms of Use on behalf of an organization, you individually and also on behalf of such organization.

PLEASE READ THE FOLLOWING TERMS CAREFULLY:

YOU AGREE THAT YOU HAVE READ AND UNDERSTOOD, AND AS A CONDITION TO YOUR USE OF ANY PART OF THE PLATFORM AND/OR SERVICES, YOU AGREE TO BE BOUND BY THESE TERMS OF USE. IF YOU ARE NOT ELIGIBLE, OR DO NOT AGREE TO THESE TERMS OF USE, THEN YOU DO NOT HAVE OUR PERMISSION TO USE THE PLATFORM AND/OR SERVICES. YOUR VISITING, VIEWING, ACCESSING, OR USING OF ANY PART OF THE PLATFORM AND/OR SERVICES CONSTITUTES AN AGREEMENT BY YOU AND BY CRICUT TO BE BOUND BY THESE TERMS OF USE.

## 1. INTRODUCTION

You acknowledge and agree that by (i) visiting, viewing, accessing, or using the Platform or any Services, (ii) clicking "Agree", "Purchase", "Submit", or similar links, or (iii) signing or confirming a Cricut Sales Order, other Cricut ordering document, or other agreement incorporating these Terms of Use (any of the foregoing, herein **"Accept"**), that you have read, understand, and agree to be bound by these Terms of Use, irrespective of whether you are a guest or a registered User (defined below) of the Platform or Services, and you represent and warrant that you are of the age of majority in your jurisdiction and are fully able and competent to form a binding contract with Cricut by entering into these Terms of Use. IF YOU DO NOT AGREE TO THESE TERMS OF USE, THEN YOU MAY NOT ACCESS OR USE THE PLATFORM OR SERVICES. CRICUT'S ALLOWANCE OF YOUR ACCESS TO AND USE OF THE PLATFORM AND SERVICES IS EXPRESSLY CONDITIONED UPON YOUR ASSENT TO ALL OF THE TERMS AND CONDITIONS OF THESE TERMS OF USE, TO THE EXCLUSION OF ALL OTHER TERMS.

## 2. PLATFORM ACCESS AND ACCOUNT REGISTRATION


TOP

To access the Platform and use the Services, you may be asked to provide certain Account Information (defined below) and other details. This Account Information helps us to create and maintain a ( account and corresponding "Profile" for you (collectively, **"Account"**), which is necessary for prov you and other users (each, a **"User"**) the content, customer service, and network management that

comes with the Platform and Services. You agree that all Account Information you provide is correct, current, and complete and that you will promptly notify us of any changes to your Account Information. You agree that all Account Information you provide is governed by the Privacy Policy (defined below) and you consent to all actions we take with respect to your information consistent with the Privacy Policy.

With regard to usernames, passwords, and any other piece of information you provide to us, or we provide to you, as part of the Account registration and security procedures (collectively, "**Account Information**"), you agree to treat such Account Information as confidential, and you must not disclose it to any other person. You are responsible for choosing a strong, secure password for your Account, using a unique combination of letters, numbers, and special characters. We strongly recommend that you do not reuse passwords from other websites or services. Using a unique password helps prevent unauthorized access to your Cricut Account in the event of a data breach on other websites/services that you use. Cricut is not responsible for any access to your Account resulting from compromised credentials reused from other websites/services. You further acknowledge that your Account Information is personal to you, and you agree not to provide any other person with access to the Platform or Services using your Account Information. You agree to notify us immediately via support@cricut.com of any unauthorized access to, or use of, your Account Information, or any other breach of security that you become aware of. You should use particular caution when accessing your Account from a public or shared computer or device so that others are not able to view or record your Account Information or other personal information. To protect your Account Information, you agree that you will exit from your Account at the end of each session or use of the Platform or Services.

You may not transfer your Account or Account Information to any other person, and you may not use anyone else's Account or Account Information at any time. You agree you are fully responsible for all access to and use of the Platform and Services with your Account Information. Under no circumstance will Cricut be liable for any acts or omissions that give rise to your Account or Account Information being compromised for reasons outside of our control.

We have the right to disable any Account, username, password, or other Account Information, whether chosen by you or provided by us, or place certain technical safeguards in the Platform or on your Account, at any time in our sole discretion for any or no reason, including (a) to curb fraud, abuse, or password-sharing, (b) if, in our opinion, you have violated any provision of these Terms of Use, or (c) we deem a need exists to safeguard the Platform or Services from fraud, abuse, or security or other vulnerabilities.

## 3. PRIVACY POLICY

Our collection, use, and handling of information about you—whether obtained directly from you or as a result of your access to and use of the Platform or Services—is subject to our Privacy Policy, which is hereby incorporated by reference into these Terms of Use and can be found at https://cricut.com/privacy ("**Privacy Policy**"). As further set forth in the Privacy Policy, the Platform and Services may collect data about you, your Device, and your interactions with the Services, including but not limited to device type, unique device identifiers, and information linking your Device to your Account, Subscription, and Subscription Benefits (defined below). Additionally, the Platform and Services may provide us with information about your Digital Content usage, such as the content you purchase, subscribe to, upload, or otherwise access, which we may use to: (I) make personalized recommendations for Digital Content or Subscription Benefits; (II) personalize and optimize the features and functionality of the Platform; and (III) track and measure applicable Usage Periods.

## 4. THE PLATFORM

For purposes of these Terms of Use, the "**Platform**" shall be defined collectively as the Website, Devices, Consumables, Software, Digital Content, and Subscription. Your request, interaction, receipt, activation, purchase, or any other access or use of the Platform shall be governed by these Terms of Use.

*(a) General Restrictions – Platform.*

You may not access, use, transfer, copy, or display the Platform, except as expressly permitted in t' Terms of Use. You must use the Platform only for your personal, non-commercial use;, subject limited commercial purposes expressly permitted in the Angel Policy (defined below). In addition, you

may not: (I) copy, sell, rent, lease, distribute, broadcast, sublicense, or otherwise assign any right to the Platform to any third party; (II) remove any proprietary notices or labels from the Platform, or reverse engineer, decompile, disassemble, or attempt to extract the source code of any portion of the Platform; (III) attempt to disable, bypass, modify, defeat, or otherwise circumvent any digital rights management system embedded in or used by the Platform; (IV) use the Platform in violation of the User Content terms or the Content Standards (defined below); (V) use the Platform for any illegal or unauthorized purpose; (VI) download or copy account information for the benefit of a third party, or engage in data mining, scraping, or the use of bots or similar data gathering and extraction tools; (VII) use any device, software, or routine to interfere with or attempt to interfere with the proper functioning of the Platform or any other person's access to or use of the Platform; (VIII) submit, upload, or transfer any unauthorized files, code, or scripts to the Platform, or use any automated device, program, algorithm, or process to access, copy, monitor, or circumvent the navigational structure or presentation of the Platform. While the Platform may be available in various territories and languages, we make no guarantee of availability in all territories or in every language. The Angel Policy is incorporated into these Terms of Use and governs the limited commercial use of craftwork projects created using the Platform.

*(b) Website.*

The "**Website**" includes Cricut.com, our Cricut e-commerce shopping/checkout pages ("**Cricut SHOP**"), all other Cricut-owned websites, and all related subdomains and localized website versions thereof, excluding third-party retail/distribution partner sites. We make no guarantee that the Website or Cricut SHOP will be available in every territory, region, or language. For additional details, please visit https://cricut.com/country-selector. Cricut grants you a revocable, limited, non-exclusive, non-assignable, non-sublicensable right to use each Website for its intended purposes and in accordance with these Terms of Use and all Applicable Law. We do not guarantee that any Website will be available at any particular time or at all. Your rights do not include any resale or other commercial exploitation of any aspect of any Website or its contents, including product listings, descriptions or prices, or any derivative use of a Website.

*(c) Devices.*

Cricut offers a wide variety of electronic and corded products, including Cricut cutting machines, heat press devices, LED light pads, glue guns, lighting, and more (collectively, "**Devices**"). Many of the Devices offered by Cricut are Internet of Things (IoT) devices designed and/or required to access, interface with, or be used with the internet and the Software (such Devices, "**Connected Devices**"). In order to register or use a Connected Device, you must have a compatible personal computer or mobile device, with the applicable Software installed, and a high-speed internet connection. The specific requirements for Connected Devices and applicability of certain Digital Content and Subscription Benefits (defined below) for certain Connected Devices may change from time to time and, in some cases, whether a Device is (or remains) a Connected Device may depend on software or systems provided or maintained by other machine or components manufacturers or other third parties outside of our control. Please visit https://cricut.com/systemrequirements for additional information. Purchases of Device(s) made from the Website are governed by these Terms of Use, whereas Device(s) purchased from other websites, locations, or stores may be subject to third-party terms and conditions made available BY the applicable seller. Your use of any such Device purchased elsewhere, however, remains subject to these Terms of Use. These Terms of Use are not intended to cover the technical specifications, regulatory certifications, safety instructions, Device warranty, or other matters relative to Device(s) not expressly set forth herein. Such matters are governed by separate terms and conditions often made available at the time of purchase, included with product packaging (physically or digitally), or otherwise provided by Cricut or our authorized resellers. For additional information or assistance with your Device(s), please visit our Help Center at https://help.cricut.com/, learn more about applicable Device warranties at https://cricut.com/warranty, or consult your Device's Product Documentation or visit https://cricut.com/systemrequirements for additional information.

*(d) Consumables.*

Devices are also optimized to work with a wide variety of materials, tools, and accessories that we offer such as paper, cardstock, vinyl, iron-on (heat transfer vinyl), and more (collectively, Cricut "**Consumables**"). Not all Devices work with all Consumables. Certain specialty Consumables only with specific Devices (e.g., Smart Materials™, faux leather, wood veneer, metal, or certain machine mats, may interface only with certain larger Devices). Device compatibility with Consumables

may change from time to time and, in some cases, whether certain Consumables work or are compatible (or remain so) with a given Device may depend on Software or Platform changes. For up-to-date information on Consumables compatibility, please consult https://help.cricut.com/.

*(e) Software.*

Our "**Software**" includes any hosted applications, mobile applications, software programs, software features, Interactive Features (defined below), AI-powered Features (defined below), Beta Features (defined below), firmware, interfaces, or other applications or data provided by Cricut, including (I) Cricut Design Space®, Cricut Heat, and other legacy Cricut software (e.g., Cricut Craft Room®, Cricut Design Studio®, and the like;); (II) any of the aforementioned applications or data loaded on Cricut Device(s) as originally shipped by Cricut; (III) any of the aforementioned applications or data transmitted, distributed, or otherwise made available by or on behalf of Cricut from time to time for use on or in connection with the Platform or a given Device in whatever form, medium, or manner provided or subsequently installed or used, including any and all Upgrades (defined below) Cricut provides; and (IV) any of the aforementioned applications or data being accessed or used, whether for free or through a paid Subscription. The term "Software" shall not include any Third-Party Component(s) (defined below) or Open Source Components, whether or not the Third-Party Component or Open Source Components accompanies, is provided with, or operates in conjunction with, the Software and/or any other portion of a Device. "**Third-Party Components**" means applications, software, interfaces, and firmware, licensed by Cricut from a third party for incorporation into the Software, Device, or Platform. "**Open Source Components**" means those parts of the Platform, Software, or Services that include or link to components that are subject to open source licenses. To the extent such Open Source Components are governed by open source licenses, your use of those components is governed by the applicable open source license terms, and not by these Terms of Use. We disclaim all representations, warranties, and liabilities related to such Open Source Components.

(i) **Grant of Software License.** Cricut grants you a limited, non-exclusive license (the "**Software License**") to download, install, and use the Software that is provided to you (and excluding, for the avoidance of doubt, any source code) for your personal computer, hard disks, or other computer storage devices ("**Your Desktop Computer**"), or in the case of certain Software applications, on your smartphone, tablet, or other mobile device ("**Your Mobile Device**"), provided that the Software is used (I) only in a single location (e.g., a home or office or your place of business), or in the case of Your Mobile Device, (II) only on such mobile device owned or otherwise controlled by you, and (III) only in connection with a Cricut Device owned by you. THE SOFTWARE AND ALL DIGITAL CONTENT made available through the PLATFORM (EVEN WHEN CONTAINING A SUBSCRIPTION OR OTHER PURCHASED ELEMENTS) is licensed, not sold, to you. Your license to THE SOFTWARE AND ANY DIGITAL CONTENT is subject to your prior acceptance of these Terms of Use. If Cricut makes available any backup copies of the Software, such backup shall only be used to support your access or use of an applicable Device.

(ii) **Software Availability.** The Software and its features may change from time to time, including capabilities to: (I) automatically check for changes, enhancements, and upgrades to the Software (collectively, "**Upgrades**"); (II) prevent or disable backwards compatibility or downgrades ("**Downgrades**") after an Upgrade is installed; (III) restrict the use or operation of a Device with other Devices, Consumables, Digital Content, or Subscription Benefits; (IV) register to your Device any Digital Content for your use with a given Device, Account, or Subscription; (V) lock, make unavailable, or place limits on Digital Content for use with other Devices or Accounts; and (VI) function on any given Device, operating system, version of the Software, or Your Desktop Computer/Your Mobile Device. You hereby understand and agree that Cricut may make Upgrades available to you or require Upgrades. If Cricut, either directly or indirectly makes any Upgrades to the Software, such Upgrades shall be subject to these Terms of Use unless such Upgrades are expressly provided to you under other or additional terms and conditions, in which case, such other or additional terms and conditions (which may include the payment of additional fees) ("**Upgrade Terms**") shall govern in addition to these Terms of Use. In the event of any inconsistency between Upgrade Terms and these Terms of Use, or between Upgrade Terms and the Cricut Access Terms (defined below), the Upgrade Terms shall control.

(iii) **Software Ownership.** All right, title, and interest in and to the Software, including but not limited to all software, content, logos, graphics, trademarks, service marks, brand elements, and other materials provided by Software are and will remain the exclusive property of Cricut and its licensors.

*(f) Digital Content.*

(i) **General.** Subject to these Terms of Use, the Platform contains and provide you with certain digital images, art, fonts, projects, and related digital content–whether owned by Cricut ("**Cricut Digital Content**") or licensed by Cricut from third-party owners and other licensors ("**Licensed Digital Content**")–to be accessed and used on a license basis only, and only in connection with the Software and Cricut Device(s) (collectively, "**Digital Content**"). "Digital Content" includes those categories of licenses that you: (I) individually purchase in the Software or through a Website or have purchased by way of one of Cricut's legacy physical cartridges ("**Purchased Digital Content**", of which these licenses are most often purchased a la carte), (II) access and use through the Subscription (defined below) on a subscription basis ("**Subscription Digital Content**") as outlined herein and in the Cricut Access Terms, (III) access and use on a free or promotional basis over an indefinite or specifically-limited period of time ("**Free Digital Content**"). Digital Content may be available on the Platform as Cricut Digital Content, Purchased Digital Content, Subscription Digital Content, Free Digital Content, or any combination of the same. As such, "Digital Content" as used herein shall include all Cricut Digital Content, Licensed Digital Content, Purchased Digital Content, Subscription Digital Content, and Free Digital Content. We reserve the right to, from time to time, add or remove Digital Content from the Platform and may change the category and/or basis on which Digital Content is available to you or your Device(s) with or without notice. You assume all risk of loss for Digital Content upon access or use.

(ii) **License to Digital Content.** Subject to your payment of all applicable fees (including applicable Taxes (defined below)), these Terms of Use, and your compliance with all other terms we specify for Digital Content or your Subscription, Cricut grants you a non-exclusive, non-transferable, non-sublicensable, limited right and license, during the applicable Usage Period (defined below), to access and use Digital Content in accordance with these Terms of Use and the Usage Rules (defined below). DIGITAL CONTENT made available through the PLATFORM (EVEN WHEN PURCHASED) is licensed, not sold, to you. Your license to each piece of Digital Content is subject to your prior acceptance of these Terms of Use.

(iii) **Licensed Digital Content - Limited to Certain Territories / Countries.** Due to restrictions placed on us by certain licensors, content providers, or for other reasons, certain Licensed Digital Content may only be available to Users located in certain geographic territories and countries. We make no representations or guarantee that any specific Licensed Digital Content is available in all territories and countries or will remain available to you indefinitely.

(iv) **Usage Rules.** Your use of Digital Content is subject to the following usage rules (the "**Usage Rules**"): (I) you may use, access, or sync Digital Content only with the Software and only via your Account; (II) you may access and use the Digital Content subject to the Digital Content Availability terms below and only for the time period specified by Cricut in the case of certain Digital Content such as Free Digital Content (the "**Usage Period**"); (III) you may access and use the Digital Content solely on the number of your Devices registered to your Account, and solely for your personal, non-commercial use except as expressly permitted in the Angel Policy); (IV) Cricut may place limitations on the number and type of compatible Device(s) on which certain Digital Content may be downloaded, synced, accessed, or used; and (V) Cricut may place limitations on the amount of storage space available for each Account, and whether such storage is free, part of the Subscription or a certain Subscription Plan (as defined in the Cricut Access Terms), or requires additional fees, which may change from time to time. The Usage Rules also apply to all of Your Uploaded Content (defined below).

(v) **Digital Content Availability.** The Platform is a dynamic service and Digital Content compatibility and availability, as well as what type any specific Digital Content, will change from time to time. While we endeavor to expand the Platform and Digital Content offerings, there may be times that necessitate the amending, changing, sunsetting, or removal of certain Digital Content or its compatibility. Cricut reserves the right, at all times and in its sole and absolute discretion, to amend, remove, or otherwise change Digital Content, its availability, type, and/or its compatibility at any time with or without notice. We make no guarantee as to the availability of specific Digital Content or the amount of Digital Content available on the Platform or as a part of the Subscription or any specific Subscription Plan. Some Digital Content, such as interactive or highly formatted Digital Content, may not be available to you on all versions of the Software. To simplify your use and management of Digital Content that has an applicable Usage Period (such as Subscription Digital Content or Free Digital Content), we may automatically remove said Digital Content from your Cricut Account or compatible Device(s) after the end of its Usage Period, and you consent to such automatic removal. Cricut does not guarantee that all Digital Content will remain available through any given Usage Period.

*(g) Subscription.*

Cricut offers certain perks, features, benefits, and discounts through a branded paid subscription experience (**"Subscription"**) known as Cricut Access™ (**"Cricut Access"**). When you have an active Cricut Access Subscription, you can (I) access and use Subscription Digital Content without the need to purchase the Purchased Digital Content a la carte (please note, however, even with an active Subscription certain Digital Content will nevertheless remain Purchased Digital Content and may still require payment of additional fees to access and use), as well as (II) unlock certain Platform features and Website offerings made exclusively to Cricut Access Users (collectively, the **"Subscription Benefits"**). Any Free Trial (defined in the Cricut Access Terms), or Subscription will be governed by these Terms of Use and the Cricut Access Terms set forth at **https://cricut.com/legal#cricut-access-terms** (**"Cricut Access Terms"**), incorporated herein by reference. Additional details and definitions related to Cricut Access, the Subscription, Subscription Plans, Subscription Benefits, and the associated Payment Method (defined below), Subscription Fees (defined in the Cricut Access Terms), automatic renewal thereof and cancellation and/or termination of the Subscription/Subscription Plan can be found in the Cricut Access Terms. Cancel your Subscription/Subscription Plan at any time by visiting the Subscriptions section of the Website's "My Account" page or by clicking here.

## 5. TERMS OF SALE; PAYMENT; PRICING

*(a) Terms of Sale.*

(i) **Transactions.** If you wish to purchase any product or service made available on the Platform or through the Services including without limitation Devices, Consumables, Digital Content, Professional Services, and/or a Subscription Plan (each such purchase, a **"Transaction"**), you may be asked to supply your Account Information and certain information relevant to your Transaction including, without limitation, information about your Payment Method, your billing address, and your shipping information. By submitting such information, you grant Cricut the right to such information for itself and to provide such information to third parties for purposes of facilitating Transactions and any ongoing Services initiated by you or on your behalf. Verification of such information may be required prior to the acknowledgment or completion of any Transaction.

(ii) **Product and Service Descriptions.** All descriptions, images, references, features, content, specifications, and prices of products and services described or depicted on the Platform or through the Services are subject to change at any time without notice. Certain weights, measures, and other descriptions are approximate and are provided for convenience purposes only. The inclusion of any products or services on the Platform or through the Services does not imply or warrant that these products or services will be available or operate error-free.

(iii) **Legal Compliance.** It is your responsibility to ascertain and obey all Applicable Law (including minimum age requirements) in regard to the receipt, possession, use, and sale of anything purchased from the Platform or through the Services. By placing an order, you represent that the products and services ordered will be used only in a lawful manner. You agree to comply fully with all applicable U.S. and international export and re-export control laws and regulations, including the Export Administration Regulations (**"EAR"**) maintained by the U.S. Department of Commerce and trade and economic sanctions maintained by the U.S. Department of the Treasury's Office of Foreign Assets Control (**"OFAC"**) (collectively, **"Export Laws"**). No portion of the Platform may be downloaded or otherwise exported or re-exported (i) into any country or region subject to an applicable embargo or other trade restriction by any government regulatory agency having jurisdiction; or (ii) by or to any person or entity on the United States Treasury Department's list of Specially Designated Nationals (SDN) or the United States Commerce Department's Consolidated Screening List (CSL) or Table of Denial Order. By downloading, accessing, or using the Platform or Services, you agree to the foregoing, and you represent and warrant that you are not located in, under the control of, or a national or resident of any such territory, country, or region, or on any such list.

(iv) **Right to Modify.** Cricut reserves the right, with or without prior notice, to do any one or more of the following: (I) limit the available quantity of or discontinue any product or service; (II) impose conditions on the honoring of any coupon, coupon code, promotional code, Free Trial, or other similar promotion; (III) bar any User from making or completing any or all Transaction(s); and (IV) refuse to any User the ability to purchase any product or service.

**(v) Charges / Risk of Loss.** You agree to pay all charges that may be incurred by you or on your behalf through the Platform, at the price(s) in effect when such charges are incurred. You agree to pay any applicable shipping and handling charges in conjunction with your Transaction. We reserve the right to increase, decrease, add, or eliminate shipping and handling charges from time to time, but we will make commercially reasonable efforts to provide notice of the changes applicable to you before your Transaction is completed. Unless we state otherwise in writing via the Platform, all risk of loss or damage to any product or service passes to you upon delivery of said product or service to our designated carrier.

**(vi) Taxes.** You are responsible for any applicable sales, use, duty, customs, or other governmental taxes, levies, and fees ("**Taxes**") due with respect to any Transaction. We will collect applicable Taxes if we reasonably determine we have a duty to collect Taxes. We will present an estimate of Taxes we collect at the applicable checkout, however, Taxes may be updated later when your Transaction is finalized and completed. As such, the actual Taxes charged may be adjusted from the amount shown at such checkout, and we will provide you a receipt showing the actual amount of Taxes charged on your purchase. Several factors may cause this, such as variances between processor programs and changes in tax rates. We are not required to, and do not, collect Taxes in all states, territories, countries, and regions. You may have a duty to directly report and pay Taxes if we do not collect such Taxes.

*(b) Payment.*

Except as otherwise specified, all payments to Cricut in connection with the Platform or Services (individually a "**Payment**", collectively "**Payments**"), including all Website, Purchased Digital Content, and Subscription Fees payments, taxes, and shipping and handling costs, are subject to the following terms and conditions:

**(i) Payment Method.** Payments must be made using a valid credit card, debit card, currently accepted forms of electronic payment (e.g., PayPal, Apple Pay, etc.), authorized payment methods and/or subscription management services available on Your Mobile Device (e.g., the Apple App Store or Google Play), currently authorized third-party financing offers (e.g., Buy-Now-Pay-Later providers like Affirm or Klarna), or other means of payment that we may approve from time to time (each, a "**Payment Method**"). All Payments must be made from a Payment Method on which you are the named account holder. Our accepted Payment Methods are subject to change at any time without notice and we reserve the right to modify, discontinue, replace, or add any accepted Payment Method.

**(ii) Third Party Payment Processors.** Cricut utilizes one or more third-party payment processors ("**ESPs**") to handle Payments. By purchasing or subscribing to any products, services, Subscription Plan, etc., we offer, you authorize us to share any and all necessary payment information with these ESPs to facilitate the Transaction and any applicable recurring or automatic renewal fees. You acknowledge and understand that we are not responsible, and you agree to indemnify and hold us harmless, for the actions or omissions of any such ESPs in connection with any of your Payments.

**(iii) Pre-Authorization and Payment Method Updates.** Cricut may seek pre-authorization of your Payment Method(s) prior to your purchase to verify that the Payment Method is valid and has the necessary funds or credit available to cover your purchase. By providing a Payment Method, you authorize Cricut and applicable ESPs to (I) store the Payment Method in your Account and other required places to facilitate purchases and Transactions, and (II) charge a nominal amount for purposes of authorizing and/or verifying your Payment Method. This nominal charge may be refunded in the case that it is related to a Free Trial of a Cricut Subscription or other promotional Cricut service. You understand and acknowledge that Cricut may receive secure notifications from card issuers and banks when there are changes to the stored Payment Method(s) linked to your Account, such as updated card number, expiration date, or CVV. In such cases, Cricut may automatically update Payment Method details without notice or consent to ensure uninterrupted service. To review the changes made or choose your default Payment Method, please refer to the Payment Settings in your Cricut Account.

**(iv) Payment Method Authorization.** You authorize Cricut and applicable ESPs to charge all sums for all amounts due to Cricut related to a Transaction or to open your Account, enter a contest, or purchase other goods or services, including all applicable Taxes, to the Payment Method you designate (or, if applicable, Backup Payment Method (defined below)). You acknowledge and agree that you remain responsible for ensuring that at least one valid Payment Method is available and in your Account at all times. If we are unable to process a Payment, your access to the Platform or Services may be f partially suspended or terminated until the outstanding amount is successfully collected.

(v) **Backup Payment Method Authorization.** By adding a Payment Method to your Account, you expressly authorize us and applicable ESPs, without further notice or consent, to charge such Payment Method and any other Payment Method stored in your Account in the event that your designated primary or "default" Payment Method declines, fails, has insufficient funds, or is otherwise unavailable for any reason (each, a "**Backup Payment Method**"). This authorization applies to all amounts due, including but not limited to one-time purchases, service fees, and Subscription Fees (whether first-time, recurring, or automatic renewal Subscription Fees).

(vi) **Responsibility for Payments in the Event of Termination, or Suspension of Your Account.** If you terminate your Account or your Account is suspended or disabled by us, you will remain responsible for paying all amounts incurred prior to termination, suspension, or the disabling of your account.

(vii) **Limitation of Liability.** We shall not be responsible for any overdraft charges, currency conversion or foreign transaction fees, bank fees and charges, or other costs, fees, or liabilities incurred by you from your financial institution in connection with a Transaction or as a result of any pre-authorization, charge to, or use of any Payment Method.

*(c) Pricing.*

(i) **Pricing Terms / No Refunds.** All prices listed on the Platform are in U.S. Dollars (USD) unless otherwise stated. The prices of all products and services are subject to change at any time without notice. Prices may vary based on where a Transaction occurs (e.g., pricing differences due to currency, territory, country, or region) or depending on what Payment Method you use (e.g., pricing differences because the Transaction occurred or Subscription is managed through a third-party). Purchases of Services shall be at the applicable price displayed at the moment of your purchase—we do not offer price matching, rain checks, or retroactive refunds for price differences, including those from prior or future discounts and promotions, or from other sites, affiliated partners, or promotional campaigns. except as (I) required by applicable law, (ii) expressly provided by cricut in an applicable device warranty or any applicable Satisfaction Guarantee we may provide, or (iii) EXPRESSLY set forth in THESE TERMS OF USE OR the APPLICABLE cricut shop policies (defined below), ALL PAYMENTS TO CRICUT ARE NON-REFUNDABLE, including without limitation, payments or fees for website/cricut shop purchases, digital content, subscriptions, or other services, regardless of usage or satisfaction. We do not offer refunds or credits for partial periods of service, unused features, or promotional offers. By completing your transaction or purchase, you acknowledge and agree that all sales are final, subject only to the exceptions stated herein. Cricut may, in our sole discretion, choose to issue a refund, credit, or other forms of compensation (e.g., in connection with a warranty claim or as part of our customer support / Member Care services). Any such decision does not constitute a waiver of the pricing terms contained in these Terms of Use and does not entitle you or any other User to similar treatment in the future.

(ii) **Cricut SHOP Policies (Sales, Shipping, and Returns).** Whenever you purchase products or services from a Cricut SHOP, these Terms of Use will apply, together with the applicable Cricut SHOP Policy(ies), available at https://cricut.com/legal or in the Website footer as "Shipping & Returns" (individually, and collectively the "**Cricut SHOP Policies**"), as well as the applicable Device warranties and/or satisfaction guarantees we may offer, available at https://cricut.com/warranty, and your Device's Product Documentation. Each Cricut SHOP may have different Cricut SHOP Policies, so please ensure you select your applicable language and region in the country selector, available in top navigation of the Website and Cricut SHOP to locate the applicable Cricut SHOP Policies; or for additional details, please visit https://cricut.com/country-selector. Cricut SHOPs are accessible on the Internet worldwide, but we only ship from a given Cricut SHOP to those specific territories, countries, and regions available in the applicable Cricut SHOP checkout process. WARNING: Not all Cricut Devices, Consumables, products, and services are compatible with the requirements in every territory, country, or region; for example, including certain Device plug or country certifications, or in the case of Software the language capabilities. Only purchase Cricut Device, Consumables, products, and services for those territories, countries, and regions enabled by a given Cricut SHOP and no other location. If you are thinking of using a certain Cricut Device, Consumable, product, or service purchased from a given Cricut SHOP outside of its intended territory/country/region, please understand that doing so is strongly discouraged and any such use is done at your own risk. Be aware also, that all Cricut Device warranties only apply to the country of the Device's intended sale. Visit https://help.cricut.com/ or contact us at https://cricut.com/contact for support. Only Cricut Devices and Consumables purchased from a Cricut SHOP are eligible for return and refund under these Terms of Use, however, provided they are eligible for such and strictly subject to the applicable Cricut SHOP Policies. To determine your eligibility for, or request a refund or return of, Cricut Devic Consumables, whether purchased through a Cricut SHOP or one of our authorized resellers, p. contact Cricut as follows: https://cricut.com/contact.

*(d) Promotions; Digital Credit.*

(i) **Coupons & Promotions.** Cricut may offer sweepstakes, contests, coupons, or other promotions ("**Promotion**"), which may be governed by a separate set of rules and/or terms and conditions that describe the Promotion and may have specific eligibility requirements, such as certain age or geographic restrictions. It is your responsibility to read and agree to those rules and/or terms and conditions to determine whether or not your participation, registration, or entry will be valid or restricted, and to determine any other requirements of you (legal or otherwise) in connection with the applicable Promotion. Unless we explicitly stated otherwise in writing, pricing for each Promotion is only valid during the time of the offer and under no circumstances may be applied retroactively or extended beyond the specified time window.

(ii) **Digital Credit.** Cricut may make available to you digital codes or credit ("**Digital Credit**") that can be redeemed for certain purchase types, Digital Content, or other products and services made available by Cricut through the Platform or Services. Digital Credit may be provided to you as a component of a product or services offering, your interaction with our customer support/Member Care team, or as a part of a Promotion. Digital Credit must be redeemed by any applicable expiration date and only for the specific eligible purchase type(s) indicated. You must have an Account in good standing to redeem your Digital Credit. Digital Credits are not property and are not transferable, exchangeable, or redeemable for cash. Digital Credits have no cash value and are void where prohibited by law. Additional Taxes may apply to Digital Credits in certain jurisdictions and it is your responsibility to report and pay said Taxes if we do not collect such Taxes on your behalf.

(ii) **Gift Cards.** From time to time, Cricut may offer electronic gift cards ("**Gift Cards**") for purchase or redemption on, through, or in connection with the Platform or Services. Purchase or use of a Gift Card constitutes acceptance of these Terms of Use and any additional terms, conditions, or disclosures presented at the time of purchase or redemption (the "**Gift Card Terms**"), which are incorporated herein by reference. Gift Cards may be redeemed only for eligible products and services on participating Websites in the territories, regions, and countries where we operate a Cricut SHOP. We may use one or more third-party service provider(s) to facilitate the issuance, purchase, delivery, and/or redemption of Gift Cards. While Gift Cards are intended for use on participating Websites, the underlying transaction and user experience may be hosted, processed, or otherwise facilitated by such third-party provider(s), and their separate terms and conditions may apply in addition to ours. Gift Cards are not reloadable, refundable, or redeemable for cash, except to the extent required by Applicable Law, and may not be replaced if lost, stolen, or used without authorization. To the fullest extent permitted by Applicable Law, Cricut and Cricut Indemnitees disclaim all liability for any Gift Card balance that is lost or depleted due to unauthorized use, theft, or fraud. In the event of any conflict between these Terms of Use and the Gift Card Terms, the Gift Card Terms shall govern with respect to all matters relating to Gift Cards.

## 6. INTELLECTUAL PROPERTY

*(a) Ownership.*

All Intellectual Property Rights (defined below) in and to the Platform and Services are and shall remain the exclusive property of Cricut (or its licensors, as applicable). Except for the limited rights expressly granted to you under these Terms of Use, all other Intellectual Property Rights in and to the Platform and Services are and will remain owned by Cricut (or their respective owner(s), as applicable). Nothing in these Terms of Use shall be construed to grant you, other Users, or any other third party any ownership or proprietary interest in the Platform or Services, Proprietary Materials (defined below), Cricut copyrights and trademarks, domain names, or other brand features, or any underlying related technology or content, whether by license, estoppel, implication, or otherwise.

For purposes of these Terms of Use, "**Intellectual Property Rights**" means all rights in and to U.S. and foreign (i) patents, patent disclosures and inventions (whether patentable or not), (ii) trademarks, service marks, trade dress, trade names, logos, corporate names and domain names, and other similar designations of source or origin, together with the goodwill symbolized by any of the foregoing, (iii) copyrights and copyrightable works (including computer programs), and rights in data and databases, (iv) trade secrets, know-how and other confidential information, and (v) all other intellectual property rights, in each case whether registered or unregistered and including all registrations and applications

for, and renewals or extensions of, such rights, and all similar or equivalent rights or forms of protection in any part of the world, including without limitation all software, code, source code, interfaces, data, designs, text, images, photos, graphics, logos, audiovisual combinations, sounds, music, and videos.

*(b) Proprietary Materials.*

**(i) Use of Cricut's Proprietary Materials.** The Platform and Services contain trademarks, proprietary and confidential information, copyrighted materials, and other Intellectual Property Rights of Cricut and Cricut's licensors (collectively, **"Proprietary Materials"**). You agree not to modify, publish, transmit, participate in the transfer or sale of, create derivative works of, or in any way exploit, in whole or in part, any Proprietary Materials other than as expressly granted by way of license in these Terms of Use (i.e., the intended use of the Software) and at all times subject to the Angel Policy. Proprietary Materials may only be accessed through the Platform and Services, and not by or from any other site, location, or means. The applicable license granted to you by these Terms of Use does not grant to you any right to download or store any Proprietary Materials in any medium, other than (i) files that are automatically cached for display purposes, (ii) a single copy of the Software application for Your Desktop Computer and Your Mobile Device respectively, and (iii) the Digital Content and/or User Content that the Software allows you by its intended features and functionality to download "offline" for use in the Software only, provided that all such licenses are solely for your own, personal use, except as otherwise permitted by the Angel Policy, provided you agree to be bound by these Terms of Use and any other applicable end user license agreement for such Software (collectively, **"Authorized Downloadable Materials"**). Authorized Downloadable Materials are held by you pursuant to a limited revocable right only, and are subject to all restrictions described herein, including the prohibition on further transfer, sale, creation of derivative works, or exploitation in any manner.

**(ii) Reservation of Rights.** Cricut reserves all Intellectual Property Rights to the Proprietary Materials, other than as specifically granted you under these Terms of Use or in the Angel Policy. No posting, copying, transmission, retransmission, distribution, redistribution, publication, republication, decompilation, disassembling, reverse engineering, or otherwise reproducing, storing, transmitting, modifying, or commercially exploiting any Proprietary Materials in any form or by any means, for any purpose, is permitted without our express written permission.

**(iii) Cricut Copyright and Marks.** The entire Platform and Services-related content are © 2025 Cricut, Inc. All Rights Reserved. Complying with all applicable copyright laws is your responsibility. CRICUT®, DESIGN SPACE®, all Device names, other product and service names, design marks, slogans, and all other marks and designs on the Platform or Services-related content are service marks and/or trademarks of Cricut.

**(iv) Third-Party Marks.** All other third-party trademarks, service marks, and/or logos on the Platform or through the Services are the property of their respective owners. No trademark or service mark license is granted in connection with the access to or use of the Platform or Services, nor does it authorize anyone to use any of these names, logos, or marks in any manner. References on the Platform or made available through the Services to any names, marks, products, or services of third parties, or hyperlinks to third-party sites or information, are provided solely as a convenience to you and do not in any way constitute or imply Cricut's endorsement, sponsorship, or recommendation of such third party, or such information, products, or services.

**(v) Equitable Relief.** You acknowledge that a breach of any proprietary rights described in these Terms of Use may cause us irreparable damage, for which the award of damages would not be adequate compensation. Consequently, you agree that we may institute an action to enjoin you from any and all acts in violation of those provisions, which remedy will be cumulative and not exclusive, and we may obtain an injunction enjoining any breach or threatened breach of those provisions, in addition to any other relief to which we may be entitled at law or in equity.

**(vi) Violation of Copyright or Intellectual Property Laws.** We respect the intellectual property of others, and we ask our Users to do the same. We may, in appropriate circumstances and at our sole discretion, remove or disable access to Platform or Services that we believe (or are notified) may infringe on the rights of others. If you believe that your work has been copied in a way that constitutes copyright infringement or otherwise infringes on your Intellectual Property Rights, please report it to us promptly by way of the procedures that we maintain in the Claims of Infringement Policy (defined below).

Docusign Envelope ID: FEE95069-9AEC-4329-9F3D-B8027DDAA063

*(c) Notification of Intellectual Property Rights Infringement.*

If you own certain Intellectual Property Rights and have reason to believe that the Platform, Services, Digital Content, or User Content infringes upon your proprietary rights, please report it to us promptly by way of the procedures we maintain in the Claims of Intellectual Property Rights Infringement Policy set forth at **https://cricut.com/legal#claims-of-infringement** ("**Claims of Infringement Policy**"). The Claims of Infringement Policy outlines (I) how best to report alleged infringement inside the Software, (II) an online Notice of Infringement Form to report alleged infringement, (III) specific rights you may have pursuant to the Digital Millennium Copyright Act (DMCA) by providing our Copyright Agent with certain required information in writing (see 17 U.S.C §512(c)(3) for further detail), and (IV) contact details to provide any other intellectual-property-based feedback, comments, communications, or requests.

*(d) Angel Policy.*

Subject to these Terms of Use and Cricut's Angel Policy, available at **https://cricut.com/legal#angel-policy** (the "**Angel Policy**"), Cricut and its licensors provide our Users a limited Permission (defined in the Angel Policy) to sell certain Finished Projects (defined in the Angel Policy) made with the use of the Software, Digital Content, and/or Devices but not others. If you offer or sell any of Your Approved Finished Products (defined in the Angel Policy), or if you attempt to offer or sell any other Finished Projects, you are solely responsible for complying with these Terms of Use, the Angel Policy, and any and all Applicable Law, including Export Laws.

## 7. INTERNET ACCESS & MOBILE TERMS

*(a) Internet Usage Terms.*

(i) If you use Your Desktop Computer, Your Mobile Device, or any other internet-connected device ("**Your Internet-Connected Device**") to access or use the Platform or Services, the following additional terms and conditions ("**Internet Usage Terms**") also apply:

(ii) You agree that you are solely responsible for all internet, message, and data rates and charges that apply to use of Your Internet-Connected Device to access or use the Platform, SMS Services (defined below), or any Services. All such charges are billed by and payable to your applicable internet service provider ("**ISP**") or mobile service provider. Please contact your participating ISP or mobile service provider for pricing plans, participation status, and details.

(iii) The Platform may offer "push notifications" to Your Internet-Connected Device, and it remains your responsibility to enable or disable said push notifications through the OEM settings of Your Internet-Connected Device (whether set at the browser, OS, software, client, or smartphone level).

(iv) You understand that internet and wireless services may not be available in all areas at all times and may be affected by computer, product, software, coverage, or service changes made by your device manufacturer, ISP, mobile service provider, or otherwise. Additional terms and conditions may apply to your use of the Software based on the type of Your Internet-Connected Device.

(v) YOUR ACCESS TO OR USE OF THE PLATFORM, SMS SERVICES, OR OTHER SERVICES VIA YOUR INTERNET-CONNECT DEVICE CONFIRMS YOUR AGREEMENT TO THESE TERMS OF USE, INCLUDING BUT NOT LIMITED TO THESE INTERNET USAGE TERMS.

*(b) SMS Communications.*

To provide you with the Platform and Services, we may communicate with you via email, our messaging tools, or through text/short message service ("**SMS Services**") to the extent permitted by Applicable Law and/or consistent with your permissions. You're responsible for any mobile charges you may incur for using any of the SMS Services, which may include sending and receiving short messaging services (SMS), multimedia messaging services (MMS), or rich communication services (RCS), and all related data charges. You certify, warrant, and represent that the telephone number you have provided to us is your contact number and not someone else's. You represent that you are permitted to receive text messages at the telephone number you have provided to us. You agree to promptly alert us whenever you stop using a telephone number. We and our agents, representatives, affiliates and anyone calling on our behalf may use such means of communication described in this Section and you will incur costs to receive such phone messages, text messages, e-mails or other means. We may

modify or terminate our SMS Services from time to time, for any reason, and without notice, including the right to terminate SMS messaging with or without notice, without liability to you. We will not use autodialed or prerecorded message calls or texts to contact you for marketing purposes unless we receive your prior express written consent. You do not have to agree to receive autodialed or prerecorded message calls or SMS messages to your mobile phone number in order to use the Platform or Services. You can decline to receive autodialed or prerecorded message calls or texts to your mobile phone number by replying STOP to a message or by contacting us and notifying us of your preference.

## 8. USER CONTENT AND FEEDBACK

The Platform and Services empower you to design, copy, create, and/or make craftworks for yourself and for others, by allowing you to access, design, personalize, combine, and use Digital Content we may provide, as well as those certain images, art, fonts, projects, or other content that you may import or upload ("**Your Uploaded Content**"). As further specified herein, in the Claims of Infringement Policy, and in the Angel Policy, when accessing, using, uploading, or Posting (defined below) to the Platform, or Services, you agree not to copy all or part of other people's creations without their express permission.

*(a) Interactive Features; Artificial Intelligence; Beta Features.*

The Platform and Services from time to time may provide you with the ability to access, design, personalize, combine, import, configure, save, catalog, share, post, submit, publish, transmit, or otherwise distribute on, in, or to the Platform, Services, other Users, or other persons, including your ability to upload Your Uploaded Content or generate with assistance or use of artificial intelligence (collectively, "**Post**"), whether done with or via the Platform, Services, or their related features including AI, or via other online forums, chat, user discussion groups, blogs, online profiles, or other electronic or online mechanisms or forums (collectively, "**Interactive Features**"). The Interactive Features may include an ability to catalog or Post in various ways such as images, fonts, projects, titles, names, descriptions, tags, instructions, Collections, "My Stuff", "My Projects", Shared, Bookmarked, Photos, Assembly Video, Project Instructions, Maturity details / content categories, etc. ("**Posted Meta Data**"), or AI-powered Features (defined below), or Beta Features (defined below).

(i) **Artificial Intelligence ("AI").** Any part of the Platform or Services powered by AI ("**AI-powered Features**") are provided to help you create and Post User Content, but you are solely responsible for anything you input, type in, upload, provide, or generate ("**AI Input**") using them, as well as any resulting content and materials you generate, such as images or text ("**AI Output**"). You agree that you will not include any sensitive personal data (including data that reveals racial or ethnic origin, political opinions, religious or philosophical beliefs, or trade union membership, health data or data concerning your sex life or sexual orientation) in any AI Input. Cricut has not verified the accuracy of the AI-powered Features or any AI Output and neither represents Cricut's views. AI-powered Features and AI Output may be inaccurate, incomplete, or inappropriate. NEITHER Cricut Nor Cricut Indemnitees make any representations or warranties regarding the availability, accuracy, completeness, reliability, appropriateness, or legality of AI-powered Features or AI Output and neither accept any liability or responsibility arising in any way from your access or use of AI-powered Features or AI Output, or any omissions or errors contained therein. ALL ACCESS AND USE TO OF ANY AI-POWERED FEATURES AND AI OUTPUT IS DONE AT YOUR OWN RISK. We recommend that you obtain professional and independent advice before you act on anything contained in or the accuracy of AI Output. You agree that you will not use any AI-powered Features to create unlawful, misleading, infringing, harmful, or offensive content, and that all AI Output used shall be in conformity with the Content Standards and the Angel Policy. All access TO and use OF any AI-powered Features and AI Output is done at your own risk. We require that you let other Users and others know when your User Content, Finished Projects, or Your Approved Finished Products contain AI Output ( for example: "Contains AI-generated content" ). You agree that we may share any AI Input, AI Output, and other interactions with AI-powered Features, including sharing with third-party service providers to enable the AI-powered Features on the Platform, or as a part of the Services, and that they may also use such to improve their own services. This may include any personal data you choose to include within any AI Input. Cricut may impose limits on the number of interactions, outputs, or content you can create or Post with AI-powered Features, as well as limiting AI-powered Features only to Subscription Users or only as a part of certain Subscription Plans. Some AI-powered Features are only available on certain versions of the Software, may not be available in all territories, countries, and regions, and may not be supported in all languages.

(ii) **Beta Features.** From time to time, the Platform or Services may include features, functionalities, products, tools, or services that are identified as "Beta," "Pilot," "Early Access," or otherwise experimental ("**Beta Features**"). Beta Features are provided solely for your evaluation and feedback are made available on an "AS-IS", "AS-AVAILABLE" basis without any warranties or guarantees of any kind, whether express or implied, including but not limited to merchantability, fitness for a particular purpose, or non-infringement. Beta Features may be incomplete, contain bugs, errors, or other issues, may lack full functionality or documentation, and may be modified, suspended, or discontinued at any time without prior notice or liability. Your use of Beta Features is voluntary and is at your own risk. You agree not to rely on Beta Features for production, profit-making, or critical purposes, and Cricut and Cricut Indemnitees expressly disclaim all liability arising from your use or inability to use Beta Features, including but not limited to any loss, damage, or harm related to your content, data, or business operations. Cricut may collect and generate data, usage information, and feedback from your use of Beta Features and may use such information for any purpose without obligation or compensation to you, as all such data, information, and feedback shall be collectively deemed Feedback (defined below). Unless otherwise expressly permitted, you agree not to disclose or distribute Beta Features or related materials to third parties. Cricut may impose restrictions or limitations on access to or use of Beta Features, including eligibility criteria, geographic or Subscription Plan limitations, or limits on usage volume or duration. Your use of Beta Features remains subject to Applicable Law and these Terms of Use.

*(b) User Content.*

The Platform is intended to provide you and other Users with inspiration, ideas, and other valuable resources on selected themes, designs, and topics. A large portion of the content found on the Platform, is User Content provided by third-parties and individual Users, and not us. Each User is solely responsible for the content they Post and for complying with all Applicable Law relating thereto.

(i) "**User Content**" means all works of authorship and other materials or intellectual property developed, provided, or Posted by you or other Users on the Platform or through the Services, including without limitation: text, graphics, illustrations, still photography, slides, audiovisual combinations, animations, sounds, music, motion videography, and similar content. It also includes any Posted Meta Data, Your Uploaded Content, and any personal identifiers or descriptive information you provide, such as your name (including professional name), likeness, signature, biographical information, username, and Profile information.

(ii) Notwithstanding anything to the contrary, Cricut has no obligation to evaluate or review the User Content, Feedback (defined below), or Your Uploaded Content. Under no circumstance does Cricut endorse, guarantee, or make representations or warranties regarding any User Content, Feedback, or Your Uploaded Content, or other materials Users or third parties Post (whether to or on the Platform, or to or through the Services), and we cannot ensure prompt removal of objectionable material after it has been Posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications, or content provided by any User or third party. Cricut may, in its sole discretion, reject or remove any User Content that violates these Terms of Use; however, Cricut shall have no obligation to monitor User Content Posted, uploaded, or submitted by a User. Cricut is not responsible for any failure or delay in removing any such User Content.

(iii) All User Content you Post to the Interactive Features (including for inclusion on the Platform or Services) or that is otherwise made available to Cricut will be considered non-confidential and non-proprietary, and by so doing, you hereby grant us and our affiliates and service providers, and each other and our respective licensees, successors, and assigns the right to use, reproduce, modify, perform, display, distribute, and otherwise disclose to third parties any such material.

(iv) To the extent that you provide or Post any User Content, you represent and warrant that (a) you have all necessary Intellectual Property Rights, licenses, clearances, permissions, and/or rights to provide or Post such User Content and grant Cricut the license to use User Content as set forth in this Section, (b) such User Content is accurate and reasonably complete, (c) as between you and Cricut, you are responsible for all reporting and the payment of third-party fees, if any, related to the provision and use of such User Content, (d) such User Content does not and will not infringe or misappropriate any third-party rights or constitute a fraudulent statement or misrepresentation or unfair business practices, and (e) you agree to comply with all applicable rules regarding online conduct and acceptable content we may post in these Terms of Use, on the Platform, through the Services, or via the Interactive Features from time to time.

(v) **Cricut License to Use User Content.** You hereby grant to Cricut a perpetual, irrevocable, worldwide, royalty-free, exclusive license and right to (I) prepare and encode User Content or any part of it for digital or analog transmission, manipulation, and exhibition in any format and by any means now known or not yet known or invented; (II) display, copy, reproduce, exhibit, publicly perform, broadcast, rebroadcast, transmit, retransmit, distribute and re-distribute through any print or electronic means (including analog and digital) or other means, and electronically or otherwise publish any or all User Content, including any part thereof, and to include it in compilations for publication, by any and all means and media now known or not yet known or invented; (III) modify, adapt, change or otherwise alter User Content including to prepare derivative works including or based upon User Content); (IV) grant sublicenses to any other person or company of all or any of the licensed rights in User Content, including a perpetual sublicense to make User Content available to those Users or consumers who view, access, and/or use User Content, subject to these Terms of Use; (V) access User Content in order to analyze, improve, or render Services; and (VI) use any or all User Content in the promotion, advertising or marketing of the Platform and Services or any other Cricut products and services. You shall not have any right, title, or interest in any derivative works prepared by or for Cricut based upon User Content, or in any other materials with which User Content may be combined or into which all or any portion of User Content may be incorporated.

(vi) **Name and Likeness.** You grant to Cricut a perpetual, irrevocable, worldwide, royalty-free, non-exclusive license and right to use, to the extent made publicly available by you or in your publicly facing Profile, your User Content (including Your Uploaded Content), your name (including professional name), likeness, signature, biographical information, username, and Profile information in connection with the distribution, exploitation, promotion, marketing, and advertising of the Platform and Services or any other Cricut products and services. You agree not to assert, nor to cause any person(s) other than you appearing recognizably or otherwise in your User Content to assert against Cricut, any privacy, publicity, moral, or similar rights held by you or such person(s) under any Applicable Law. To the extent that your User Content contains a name, likeness or the biographical information of any other person, you hereby grant to Cricut a perpetual, irrevocable, worldwide, royalty-free, non-exclusive license to use the same in connection with such distribution, exploitation, promotion, marketing and advertising.

(vii) **No Payments.** Unless otherwise agreed between you and Cricut in a separate written agreement, the licenses granted to Cricut under this User Content Section are royalty-free and are provided without any payment or remuneration to you or others. You acknowledge and agree that you are responsible for all licensing, reporting and payment obligations of any kind to third parties in connection with User Content not otherwise furnished by Cricut.

*(c) Feedback.*

We welcome and encourage you to provide feedback, comments, reviews, and suggestions for improvements to the Platform and Services ("**Feedback**"). You acknowledge and agree that any and all Feedback provided to us, including Feedback provided, collected, or generated in connection with any Beta Features, will be the sole and exclusive property of Cricut and does not entitle you to any ownership rights or compensation. As such, you hereby irrevocably assign to Cricut, all right, title, and interest you may have in and to all Feedback, including without limitation all worldwide Intellectual Property Rights therein. You further agree to waive any and all moral rights or similar rights that you may have in such Feedback to the extent permitted under Applicable Law. At our request and expense, you agree to execute such documents and take such further actions as we may reasonably request to help Cricut acquire, perfect, and enforce its Intellectual Property Rights and proprietary rights in the Feedback.

*(d) Monitoring and Enforcement.*

We have the right, but not the obligation, to: (I) remove any User Content or Feedback Posted, or refuse to post any User Content or Feedback, for any or no reason in our sole discretion; (II) take any action with respect to any User Content or Feedback that we deem necessary or appropriate in our sole discretion, including if we believe that such User Content or Feedback violates these Terms of Use, infringes any Intellectual Property Rights or other right(s) of any person or entity, threatens the personal safety of Users of the Platform, the Services, or the public, or could create risk or liability for Cricut; (III) disclose your identity or other information about you to any third party who claims that material Posted by you violates their rights, including their intellectual property rights or their right privacy; (IV) take appropriate legal action, including without limitation referral to law enforcement any illegal or unauthorized use of the Platform or Services; and (V) terminate or suspend your access or

use to all or part of the Platform and/or Services for any violation of these Terms of Use. Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone Posting User Content, Feedback, or materials on the Platform or through the Services. YOU WAIVE AND HOLD HARMLESS CRICUT, CRICUT INDEMNITEES, OUR LICENSEES, AND OUR SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY US OR ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER US, SUCH PARTIES, OR LAW ENFORCEMENT AUTHORITIES.

## 9. CONTENT STANDARDS

In connection with any access or use of the Platform or Services, you agree that all your access and use thereof will, at all times, comply with the Cricut Content Standards available at **https://cricut.com/legal#content-standards** ("**Content Standards**"). Cricut endeavors to use commercially reasonable efforts to ensure that Digital Content and User Content comply with the Content Standards; however, Cricut makes no representations or guarantees that this is or will always be the case. If you feel that any Digital Content or User Content does not comport with the Content Standards, please use the "Report" flag inside the Software to alert us systematically, or feel free to alert us by way of the procedures we maintain in the Claims of Infringement Policy (as applicable).

## 10. "DOs" AND "DONTS"

You understand, acknowledge, and agree, that in connection with your access and use of the Platform or Services, you represent, warrant, and agree that you will, at all times, abide by the following DOs and DON'Ts:

*(a) DOs (User Obligations).*

You represent, warrant, and agree that:

- You will comply with all applicable federal, state, local, and international laws and regulations, including without limitation any laws regarding copyright, intellectual property, privacy and personal identity, or Export Laws (collectively, **"Applicable Law"**).
- You will access and use the Platform and Services for their intended uses only and in strict accordance with these Terms of Use.

*(b) DON'Ts (Prohibited Conduct).*

You represent, warrant, and agree that:

- You will not use or access the Platform or Services in any way that violates Applicable Law or these Terms of Use.
- You will not harvest, scrape, collect or otherwise extract information or data contained on the Platform or through the Services, other than as permitted by these Terms of Use such as the use of Authorized Downloadable Materials.
- You will not impersonate or attempt to impersonate Cricut, a Cricut employee, another User, or any other person or entity (including without limitation by using email addresses or Account Information associated with any of the foregoing) or knowingly provide incorrect or false information.
- You will not remove or modify any copyright, trademark, legal notices, or other proprietary notations from the Proprietary Materials or any other content available on the Platform or through the Services.
- You will not violate or attempt to violate the Platform or Services security mechanisms, attempt to gain unauthorized access to the Platform or Services, or assist others to do so, or otherwise breach the security of the Platform or Services, or corrupt the Platform or Services in any way.
- You will not co-brand or frame the Platform or Services or establish any links in such a way to suggest any form or association, approval, or endorsement on our part, without the prior

express written permission of an authorized representative of Cricut.

- You will not use any portion of the Platform or Services to aid in transmitting, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter", or "spam" or any other similar solicitations.

- You will not Post in, to, or though the Platform, Software, Services, or Interactive Features any inappropriate, offensive, racist, hateful, sexist, pornographic, false, misleading, infringing, defamatory, or libelous content – all Posts must conform with the Content Standards.

- You will not use the Platform or Services or their contents to recruit, solicit, or contact in any form other Users, potential users, or visitors for employment or contracting for a business not affiliated with us without the prior express written permission of an authorized representative of Cricut.

- You will not use or attempt to use the Platform or Services to store or transmit software viruses, worms, time bombs, Trojan horses, or any other computer code, files, or programs designed to interrupt, destroy, or limit the functionality of the Platform or Services, or of any electronics, websites, software, applications, hardware, or telecommunications equipment.

- You will not engage in any conduct that injures or may injure the business, reputation, or goodwill of Cricut.

- You will not mask your Account, Account Information, or identity in any way, including without limitation false or fraudulent Account Information or Profile, or IP masking by accessing the Platform or Services over any type of proxy server, through IP masking software, VPN spoofing, or the like.

- You will not engage in any conduct that restricts or inhibits anyone's use or enjoyment of the Platform or Services, or which, as determined by us, may harm us, Users, or visitors of the Platform or Services, or expose us or them to liability.

- You will not use the Platform or Services in any manner that could disable, overburden, damage, or impair the Platform or Services, interfere with any other party's use of the Platform or Services (including their ability to engage in Interactive Features or other real time activities), or otherwise attempt to interfere with the proper working of the Platform or Services.

*(c) Restricted Use of Platform and Services.*

We reserve the right to monitor use of the Platform and Services and to suspend, revoke, deny, disable, or terminate your access or use if you have violated any provisions of these Terms of Use (including the DOs and DON'Ts above) or if your usage behavior exceeds normal limits, as determined in our sole discretion.

## 11. PROFESSIONAL SERVICES

From time to time Cricut may provide you with certain customer-focused services, which may include (i) customer service-related services such as technical support, training and educational services, or other services that are related or pertinent to the support and enhancement of your Platform experience or purchases; (ii) specific professional services or Cricut-provided services provided for free, for purchase, as a part of the Subscription or your Subscription Plan (as applicable), or as a benefit or component of a purchase you make (e.g., live assistance with a product expert to be provided if you purchase a specific Device or from a specific retailer, etc.); or (iii) Cricut product integrations, consulting, or other professional services offerings (collectively, **"Professional Services"**). Professional Services include only those services, interactions, and assistance rendered directly by Cricut. You understand, acknowledge, and agree that your request for, interaction with, receipt of, or purchase of any Professional Services shall be governed by these Terms of Use and the terms set forth in this Section (**"Professional Services Terms"**):

*(a) Professional Services - User Agreement.*

You consent to the gathering, recording, collection, and use and performance of all data, information, and services described in these Terms of Use. Such consent includes, but is not limited to, your personal data and information, your Account and Account Information, your Profile and P information, User Content, your Device(s), phone calls, the SMS Services, online chat (text or vide screensharing, remote access you grant to and installation on Your Mobile Device or Your Desktop

Computer, any mutually-coordinated in-person visit(s), and any other data or information you may provide in connection with the Professional Services. You acknowledge that these and other means and methods of the Professional Services are designed to enhance your access to, use of, and interaction with the Platform and Services, and you agree to provide necessary access to facilitate effective troubleshooting, resolution of issues, and the performance of Professional Services. Subject to the Privacy Policy, you grant Cricut a non-exclusive, worldwide, royalty-free license to use, record, reproduce, modify, and distribute any information or content provided, shared, obtained, or gathered during the access, use, or rendering of the Professional Services.

*(b) Professional Services - Provision of Services.*

All Professional Services are provided on an "AS IS" and "AS AVAILABLE" basis, without any warranty of any kind, whether express or implied, including but not limited to, implied warranties of merchantability, fitness for a particular purpose, and non-infringement. You acknowledge that Cricut does not guarantee that the Professional Services will be uninterrupted, error-free, or free from harmful components. The access, use, and/or receipt of the Professional Services is at your own risk, and Cricut shall not be held liable for any issues arising from the access or use of the Professional Services.

*(c) Professional Services - Termination.*

Cricut reserves the right to terminate or modify your access to or use of the Professional Services at any time, with or without notice, for any reason. You acknowledge that such termination or modification may affect your ability to access or use the Platform or Services. Upon termination, you must cease all use of the services, and Cricut may delete any user data associated with the Professional Services.

*(d) Professional Services - Privacy.*

All personal data collected during the provision of Professional Services will be handled in accordance with the Privacy Policy. We will implement reasonable security measures to protect user information from unauthorized access, disclosure, or misuse as outlined therein. You are encouraged to review the Privacy Policy to understand how your information is managed.

*(e) Professional Services - Limitation of Liability.*

To the fullest extent permitted by Applicable Law, Cricut shall not be liable for any direct, indirect, incidental, special, consequential, or punitive damages arising out of or related to the use of the Professional Services. This includes, but is not limited to, damages for loss of profits, goodwill, use, data, or other intangible losses, even if Cricut has been advised of the possibility of such damages.

*(f) Professional Services - User Responsibilities.*

In connection with your access to, use of, or other engagement with the Professional Services, you agree to comply with all Applicable Law. Moreover, you shall not engage in any activity that may harm Cricut or its Services. Furthermore, you agree to indemnify and hold Cricut harmless from any claims, damages, or expenses arising from your non-compliance with the Terms of Use and these Professional Services Terms or any Applicable Law. You are responsible for ensuring that your engagement with/use of the Professional Services does not infringe on the rights of others.

## 12. TERMINATION; CANCELLATION

*(a) Term.*

These Terms of Use are effective beginning when you first Accept these Terms of Use or first download, install, access, or use the Platform or Services, and ending when terminated as described in this Section.

*(b) Termination.*

If you violate any provision of these Terms of Use, then your authorization to access and use the Platform or Services and these Terms of Use may be automatically terminated. In addition, Cricut, in its sole discretion, may terminate these Terms of Use, your Account, and/or your access to or use of the Platform or Services, at any time for any reason or no reason, with or without notice, and without any liability to you arising from such termination. You agree that any such termination for the foregoing reasons may be effected without prior notice to you. Notwithstanding the foregoing, you remain personally liable for all Transactions and orders that you place, and for all charges and fees that you have incurred or remain liable for prior to any termination, including all applicable Subscription Fees.

*(c) Effect of Termination.*

In the event of any termination: (a) any license and any other rights granted you under these Terms of Use will end; (b) you agree to immediately terminate and cease use of all Services; (c) you will no longer be authorized to access or use your Account or the Services; (d) we may (but have no obligation to) delete your information, User Content, and Account data; and (e) we will not be liable to you or any third party for compensation, reimbursement, or damages for any termination or suspension of the Services, or for deletion of your information, User Content, or Account Information. You are solely responsible for retaining copies of User Content, Feedback, or other Posts since upon termination of your Account, you may lose access rights to such. If your Account has been terminated for a breach of these Terms, then you are prohibited from creating a new Account on the Platform or through the Services using a different name, email address, or other forms of Account verification. Notwithstanding, the following Sections of these Terms of Use shall survive and remain in effect upon any termination: Section 3 (Privacy Policy), Section 6 (Intellectual Property), Section 12 (Termination; Cancelation), Section 13 (Indemnification), Section 14 (Disclaimer; Limitation of Liability), Section 16(c) (Governing Law, Jurisdiction, and Venue), Section 16(h) (General).

## 13. INDEMNIFICATION

*(a) Indemnification.*

You agree to defend, indemnify, and hold harmless Cricut, its officers, directors, employees, licensors, independent contractors, providers, subsidiaries, and affiliates, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns (each, a **"Cricut Indemnitee"** and collectively, **"Cricut Indemnitees"**) from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) (hereinafter, **"Claims"**) arising out of or relating to: (i) your violation of these Terms of Use (including all indemnity obligations contained herein) and/or any other applicable Cricut terms and conditions to which you have agreed or are bound; (ii) your User Content, Feedback, or anything else you or your Account Post to the Platform or provide to or through the Services; (iii) any use by you or your Account of the Platform or Services other than as expressly authorized in these Terms of Use; (iv) your violation of Applicable Law or the rights of a third party; and/or (v) your access, use, or application of the Platform or Services.

*(b) Indemnification Procedure.*

We reserve the right, at our own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, and in such case, you agree to cooperate with our defense of such Claim. You agree to cooperate as fully as reasonably required in the defense of any Claims, including asserting any available defenses. We reserve the right, at our own expense, to assume the exclusive defense and control of any Claims or matter otherwise subject to indemnification by you and you may not, in any event, settle any Claims without our prior written consent.

## 14. DISCLAIMER; LIMITATIONS OF LIABILITY

*(a) Warranty Disclaimer.*

EXCEPT FOR AN applicable device warranty or any applicable Satisfaction Guarantee we may provide, AND TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, THE PLATFORM AND SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT WARRANTY OF ANY KIND, WHETHER EXPRESSED OR IMPLIED. NEITHER CRICUT NOR ANY CRICUT INDEMNITEE MAKES ANY PROMISE, WARRANTY, OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, SAFETY, RELIABILITY, QUALITY, ACCURACY, OR AVAILABILITY OF THE PLATFORM OR SERVICES. SUBJECT ONLY TO THE FOREGOING, NEITHER CRICUT NOR ANY CRICUT INDEMNITEE PROMISES, REPRESENTS, OR WARRANTS THAT THE PLATFORM OR SERVICES OR ANY PORTION THEREOF (I) WILL BE ACCURATE, RELIABLE, ERROR-FREE, OR UNINTERRUPTED, (II) WILL BE AVAILABLE IN ALL TERRITORIES, COUNTRIES, REGIONS, OR LANGUAGES, (III) ARE COMPATIBLE WITH ALL OR ANY DEVICE(S), CONSUMABLES, OR ANY OTHER PRODUCT OR SERVICE, (IV) THAT DEFECTS MUST OR WILL BE CORRECTED, AND IF CRICUT ELECTS TO CORRECT THAT IT WILL DO SO IN A TIMELY OR EXPEDITIOUS MANNER (V) THAT THE PLATFORM OR SERVICES, OR THE TECHNOLOGY THAT MAKES THEM AVAILABLE, ARE FREE OF BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, OR (VI) WILL OTHERWISE MEET YOUR WANTS, NEEDS, OR EXPECTATIONS. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, CRICUT HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE.

*(b) Limitation of Liability.*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL CRICUT OR CRICUT INDEMNITEES BE LIABLE TO YOU FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT YOU OR CRICUT ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. LIKEWISE, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL CRICUT OR CRICUT INDEMNITEES BE LIABLE TO YOU FOR ANY DIRECT DAMAGES RESULTING FROM (A) ANY INACCURACIES, RELIABILITY ISSUES, ERRORS, MISTAKES, OR INTERRUPTIONS OF THE PLATFORM OR SERVICES OR ELEMENT THEREOF; (B) ANY PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO OR USE OF THE PLATFORM AND/OR SERVICES; (C) ANY UNAUTHORIZED ACCESS TO OR USE OF THE PLATFORM OR SERVICES (OR SERVERS) OR ANY PERSONAL DATA, PERSONAL INFORMATION, PAYMENT METHODS, PAYMENT INFORMATION, ACCOUNT INFORMATION, OR PROFILE INFORMATION STORED THEREBY OR THEREIN; (D) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM THE PLATFORM OR SERVICES (OR SERVERS); (E) ANY SERVICE, TELEPHONE DATA CHARGES, AND OTHER FEES OR COSTS ASSOCIATED WITH YOUR ACCESS AND USE OF THE PLATFORM OR SERVICES (INCLUDING MAINTAINING INTERNET, BROWSER, COMPUTER, MOBILE, OR OTHER EQUIPMENT FOR SUCH); (F) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH THE PLATFORM OR SERVICES (OR SERVERS); (G) ANY OF YOUR FINISHED PROJECTS, INCLUDING ANY OFFER, SALE, DISTRIBUTION, SHIPPING, OR USE OF THE SAME OR OF YOUR APPROVED FINISHED PRODUCTS; (H) ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR ACCESS TO OR USE THE PLATFORM, SERVICES, DIGITAL CONTENT, OR USER CONTENT MADE AVAILABLE, WHETHER POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE, INCLUDING ANY LOSS OR DAMAGE RELATED TO YOUR DEVICE(S), YOUR DESKTOP COMPUTER, AND/OR YOUR MOBILE DEVICE; OR (I) ANY CLAIMS ARISING FROM OR CONNECTED TO YOUR VIOLATION OF APPLICABLE LAW, YOUR VIOLATION OF THESE TERMS OF USE, OR YOUR WILLFUL MISCONDUCT OR GROSS NEGLIGENCE. UNDER ALL CIRCUMSTANCES, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE MAXIMUM AGGREGATE LIABILITY OF CRICUT AND THE CRICUT INDEMNITEES ARISING OUT OF OR RELATING TO THESE TERMS OF USE OR USE OF OR WITH REGARD TO THE PLATFORM OR SERVICES, WILL NOT EXCEED TWO HUNDRED FIFTY U.S. DOLLARS ($250.00).

*(c) Non-U.S. Locations.*

The Platform and Services are controlled and offered by Cricut from its facilities in the U.S. C makes no representations or warranties that the Platform or Services are appropriate or availal access or use in other locations. Those who access or use to the Platform or Services from otr̃er

jurisdictions do so at their own volition and risk and are responsible for compliance with Applicable Law. Notwithstanding any attempts by Cricut or its Platform or Services to employ "maturity settings" or the like (whether by way of Software settings or other options), Cricut cannot guarantee the accuracy or availability of such settings and options, nor shall Cricut have any liability to you for the Platform or Services (including Software, Digital Content, or User Content), that may be found to be offensive, indecent, or objectionable.

*(d) Third Party Disclaimer.*

The Platform and Services may contain links, Interactive Features, or other interactive functionality which interacts with the sites or content of third parties, including social sites and product manufacturers' sites. References on the Platform or through the Services to any names, marks, content, products, or services of third parties, including without limitation Licensed Digital Content, "Contributing Artists" and all their related Digital Content, influencers, collaborations, Promotions, or hyperlinks to third-party sites or content, are provided solely as a convenience to you and do not in any way constitute or imply Cricut's endorsement, sponsorship, or recommendation of such third party, or its content, products, or services. Cricut is not responsible for and has no liability for the functionality, actions, inactions, privacy settings, privacy policies, terms, security, or content of any such sites or content. ANY VISIT TO OR YOUR ACCESS OR USE OF THIRD-PARTY SITES AND CONTENT IS AT YOUR OWN RISK. IN NO EVENT WILL CRICUT OR CRICUT INDEMNITEES BE LIABLE, DIRECTLY OR INDIRECTLY, TO ANYONE FOR ANY DAMAGE OR LOSS ARISING FROM OR RELATING TO ANY THIRD PARTY, INCLUDING, BUT NOT LIMITED TO, YOUR VISIT, ACCESS, USE, CONTINUED USE, OR RELIANCE ON ANY THIRD-PARTY SITES OR CONTENT, OR ANY PRODUCTS, SERVICES, OR OTHER MATERIALS RELATING TO SUCH THIRD-PARTY SITES OR CONTENT.

## 15. CHANGES TO TERMS OF USE, PLATFORM, AND/OR SERVICES

*(a) Changes to Terms.*

We reserve the right to change or modify these Terms of Use (including any documents, policies, or terms referenced or incorporated by reference) in our sole discretion and at any time. Any such change or modification will be effective immediately upon posting to the Website. We will provide you with reasonable advance notice of any material changes or modifications to these Terms of Use by sending an email, providing notice through the Platform, or by similar means consistent with requirements under Applicable Law for amending these Terms of Use in an enforceable manner. We encourage you to review the Website periodically to be aware of any changes or modifications. Notwithstanding anything to the contrary, your continued access or use of the Platform or Services, or any element thereof will be deemed your conclusive acceptance of all such changes or modifications to these Terms of Use.

*(b) Changes to the Platform and Services.*

Cricut may at any time, without notice or liability, change or eliminate the Platform and/or Services or any content, feature, or portion therein or thereof, or restrict the access and/or use of any portion of the Platform and/or Services. Your only right with respect to any dissatisfaction with any Platform or Services-related change or elimination is to cease use of the Platform and/or Services. We will not be liable if for any reason all or any part of the Platform and/or Services are unavailable at any time or for any reason.

## 16. GENERAL

*(a) Non-Waiver.*

No waiver of any term or condition of these Terms of Use or the documents, policies, or terms referenced or incorporated by reference shall be deemed a further or continuing waiver of such term or condition, or any other term, and Cricut's failure to assert any right or provision hereunder or thereunder shall not constitute a waiver of such right or provision.

*(b) Severability.*

If any provision of these Terms of Use or the documents, policies, or terms referenced or incorporated by reference is found to be illegal, void, or unenforceable, then that provision will be deemed severable from these Terms of Use (or therefrom, as applicable) and will not affect the validity and enforceability of any remaining provisions.

*(c) Governing Law, Jurisdiction, and Venue.*

These Terms of Use are governed by and will be construed in accordance with the laws of the State of Utah, without reference to (i) any conflicts of law principle that would apply the substantive laws of another jurisdiction to the parties' rights or duties, (ii) the United Nations Convention on Contracts for the International Sale of Goods, or (iii) other international laws. The exclusive jurisdiction and venue of any dispute, controversy, or claim arising out of or relating to the Platform or Services or these Terms of Use or the construction, interpretation, performance, breach, termination, enforceability or validity thereof will be the Fourth District Court of Utah or the United States District Court for the District of Utah and each of the parties hereto waives any objection to jurisdiction and venue in such courts.

*(d) Notice.*

Cricut may notify you with respect to the Platform and/or Services by sending an email message to your email address or a letter via postal mail to your mailing address (if available), or by a posting on or through the Platform or Services. Any such notice sent via email or by posting through the Platform shall become effective immediately while any notice sent via mail shall become effective on the second day following mailing. Cricut may also contact you by email or push notification to send you additional information about the Platform or Services. Any notice which may be required to be given under these Terms of Use by you to us must be done in a commercially reasonable manner, including certified mail, return receipt requested, email (see below), or any other customary means of communication at the applicable mailing address set forth below, as may be updated from time to time. Any notice given otherwise than in accordance with this Section will be deemed ineffective.

Cricut, Inc.
Attn: Legal Counsel
10855 S. River Front Pkwy
South Jordan, UT 84095
U.S.A.
**contracts-notices@cricut.com**

All other feedback, comments, requests for technical support, or other communications relating to the Platform or Services should be directed to our customer support/Member Care team by emailing **support@cricut.com**.

*(e) No Agency.*

Nothing in these Terms of Use or the documents, policies, or terms referenced or incorporated by reference will be construed as making a party the partner, joint venture, agent, legal representative, employer, contractor, or employee of another party. Neither Cricut nor any other party to these Terms of Use has, or may hold itself out to any third party as having, any authority to make any statements, representations or commitments of any kind, or to take any action that is binding on the other, except as expressly provided for herein or authorized in writing by the party to be bound.

*(f) Assignment.*

We may freely transfer or assign any portion of our rights or delegate our obligations under these Terms of Use with or without notice. You may not assign or otherwise transfer your rights, obligations, or duties under these Terms of Use, in whole or in part, without our prior written consent, in our sole discretion. Any attempted transfer or assignment of these Terms of Use without the prior written consent of Cricut will be null and void ab initio. These Terms of Use will be binding upon and will inure to the benefit of the permitted successors and assigns of each party to these Terms of Use.

*(g) Notice for California Residents.*

Under California Civil Code Section 1789.3, California users are entitled to the following consumer rights notice: If you have a question or complaint regarding the Platform or Services, please send an email to support@cricut.com. You may also contact us by writing to Cricut, Inc., Attn: Legal Counsel, 10855 S. River Front Pkwy, South Jordan, UT 84095, or by calling us at +1 (877) 727-4288. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by mail at 1625 North Market Blvd., Sacramento, CA 95834, or by telephone at +1 (800) 952-5210.

*(h) General.*

You agree that the Platform and Services, and any and all elements or portions thereof, shall be deemed to be performed solely based in Utah and that neither our offer nor your access or use of the same shall give rise to personal jurisdiction over Cricut, either specific or general, in jurisdictions other than Utah. These Terms of Use (including all applicable documents, policies, and terms incorporated by reference herein) and any other legal notices published by Cricut on or through the Platform or Services, shall constitute the entire agreement between you and Cricut concerning the Platform and Services and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Platform and Services. Any attempts to provide, or the inclusion of, ordering information, purchase order numbers, invoices, or other conflicting documents (whether referenced by Cricut or not), is for reference purposes only and is not an acceptance by Cricut of any terms or conditions contained therein or elsewhere. The terms on any such purchase order or similar document submitted by you or others to Cricut will have no effect and are hereby rejected.

[END OF TERMS OF USE]

## About Cricut

**About**
**Press**
**Cricut Learn**
**Leadership**
**Board Members**
**Careers**
**Investor Relations**
**Contact Us**

## Products

**Design Space**
**Heat Guide**
**Troubleshooting & Help**
**Product Registration**
**Product Documentation**
**Declarations of Conformity**

## Policies

**Legal**
**Accessibility**
**Privacy Policy**
**Shipping & Returns**
**Imprint**
Cookie Settings

    

Global Site - English    ↗

© 2026 Cricut, Inc. All rights reserved.    10855 S River Front Pkwy, South Jordan, UT 84095

Sesame Street® and associated characters, trademarks and design elements are owned and licensed by Sesame Workshop. © 2022 Sesame Workshop. All rights reserved.

ADVENTURE TIME, BEN 10, THE POWERPUFF GIRLS, STEVEN UNIVERSE, WE BARE BEARS, RICK AND MORTY, AQUA TEEN HUNGER FORCE, CHOWDER, COURAGE THE COWARDLY DOG, COW AND CHICKEN , DEXTER'S LABORATORY, ED, EDD N EDDY, FOSTER'S HOME FOR IMAGINARY FRIENDS, THE GRIM ADVENTURES OF BILLY & MANDY, I AM WEASEL, JOHNNY BRAVO, ROBOT CHICKEN, SAMURAI JACK and all related characters and elements © & ™ Cartoon Network (sXX); CARTOON NETWORK Logo are © & ™ Cartoon Network (sXX); THE FLINTSTONES, THE JETSONS, SCOOBY-DOO, WACKY RACES, SPACE GHOST COAST TO COAST and all related characters and elements © & ™ Hanna-Barbera (sXX); SCOOB and all related characters and elements © & ™ Hanna-Barbera and Warner Bros. Entertainment Inc. (sXX); THUNDERCATS and all related characters and elements ™ of Warner Bros. Entertainment Inc. and © Warner Bros. Entertainment Inc and Ted Wolf (sXX); TOM AND JERRY and all related characters and elements © & ™ Turner Entertainment Co. (sXX); TOM AND JERRY and all related characters and elements © & ™ Turner Entertainment Co. And Warner Bros. Entertainment Inc. (sXX); BUGS BUNNY BUILDERS: ANIMATED SERIES, LOONEY TUNES, SPACE JAM, SPACE JAM: A NEW LEGACY, ANIMANIACS, PINKY AND THE BRAIN and all related characters and elements © & ™ Warner Bros. Entertainment Inc. (sXX); AQUAMAN, BATMAN, CYBORG, DC SUPER FRIENDS, THE FLASH, GREEN LANTERN, JUSTICE LEAGUE, SUPERMAN, WONDER WOMAN and all related characters and elements © & ™ DC. (sXX); AQUAMAN, BATMAN, BATMAN BEGINS, BATMAN FOREVER, BATMAN RETURNS, THE BATMAN, BATMAN & ROBIN, BATMAN V SUPERMAN: DAWN OF JUSTICE, DC SUPER HERO GIRLS, BLACK ADAM, THE DARK KNIGHT RISES, THE DARK KNIGHT, DC LEAGUE OF SUPER-PETS, THE FLASH, JUSTICE LEAGUE, SHAZAM!, BIRDS OF PREY, SUICIDE SQUAD, SUICIDE SQUAD: KILL THE JUSTICE LEAGUE, TEEN TITANS GO! TO THE MOVIES, WONDER WOMAN, WONDER WOMAN 1984, ARROW, BATWHEELS, BATWOMAN, BLACK LIGHTNING, DOOM PATROL, THE FLASH, HARLEY QUINN, LEGENDS OF TOMORROW, STARGIRL, SUPERGIRL, SUPERMAN AND LOIS, TEEN TITANS GO!, TITANS, YOUNG JUSTICE, WATCHMEN, PEACEMAKER and all related characters and elements © & ™ DC and Warner Bros. Entertainment Inc. (sXX); All DC characters and elements © & ™ DC. (sXX); A CHRISTMAS STORY, TOONAMI, CASABLANCA, CAPTAIN PLANET AND THE PLANETEERS, THE WIZARD OF OZ and all related characters and elements © & ™ Turner Entertainment Co. (sXX); ELF, DUMB AND DUMBER and all related characters and elements © & ™ New Line Productions, Inc. (sXX); FROSTY THE SNOWMAN and all related characters and elements © & ™ Warner Bros. Entertainment Inc. and Classic Media, LLC. Based on the musical composition FROSTY THE SNOWMAN © Warner/Chappell Music, Inc. (sXX); NATIONAL LAMPOON'S CHRISTMAS VACATION, THE POLAR EXPRESS, THE YEAR WITHOUT A SANTA CLAUS and all related characters and elements © & ™ Warner Bros. Entertainment Inc. (sXX); THE POLAR EXPRESS book and characters © & ™ 1985 by Chris Van Allsburg. Used by permission of Houghton Mifflin Company. All rights reserved.; THE CURSE OF LA LLORONA, THE EXORCIST, IT, IT CHAPTER TWO, THE LOST BOYS, ANNABELLE, THE CONJURING, THE NUN, GREMLINS, GREMLINS 2: THE NEW BATCH and all related characters and elements © & ™ Warner Bros. Entertainment Inc. (sXX); FRIDAY THE 13TH, FREDDY VS. JASON, and all related characters and elements © & ™ New Line Productions, Inc. (sXX); CADDYSHACK, DALLAS, GOODFELLAS, THE GREAT GATSBY, READY PLAYER ONE, THE O.C., PRETTY LITTLE LIARS, WESTWORLD, CORPSE BRIDE, THE BIG BANG THEORY, FRIENDS, BEETLEJUICE, GILMORE GIRLS, GOSSIP GIRL, SUPERNATURAL, VERONICA MARS, THE MATRIX, MORTAL KOMBAT, WILLY WONKA & THE CHOCOLATE FACTORY and all related characters and elements © & ™ Warner Bros. Entertainment Inc. (sXX); WB SHIELD: © & ™ Warner Bros. Entertainment Inc. (sXX); HOUSE OF THE DRAGON, GAME OF THRONES, and all related characters and elements © & ™ Home Box Office, Inc. (sXX); CHILLING ADVENTURES OF SABRINA, RIVERDALE © & ™ Warner Bros. Entertainment Inc. Archie Comics and all related characters and elements © & ™ Archie Comic Publications, Inc. Used with permission. (sXX); SEINFELD and all related characters and elements © & ™ Castle Rock Entertainment. (sXX); TED LASSO © & ™ Warner Bros. Entertainment Inc. & Universal Television LLC (sXX); THE HOBBIT: AN UNEXPECTED JOURNEY, THE HOBBIT: THE DESOLATION OF SMAUG, THE HOBBIT: THE BATTLE OF THE FIVE ARMIES, THE LORD OF THE RINGS: THE FELLOWSHIP OF THE RING, THE LORD OF THE RINGS: THE TWO TOWERS, THE LORD OF THE RINGS: THE RETURN OF THE KING and the names of the characters, items, events and places therein are TM of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc. (sXX), © Warner Bros. Entertainment Inc. All rights reserved; WHERE THE WILD THINGS ARE and all related characters and elements © Warner Bros. Entertainment Inc. (sXX); WIZARDING WORLD and all related trademarks, characters, names, and indicia are © & ™ Warner Bros. Entertainment Inc. (sXX); © Warner Bros. Entertainment Inc. All rights reserved.

Docusign Envelope ID: FEE95069-9AEC-4329-9F3D-B8027DDAA063

# Exhibit F

Docusign Envelope ID: FEE95069-9AEC-4329-9F3D-B8027DDAA063

