Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MALIKA BENNETT and MARIAH MEADE, on behalf of themselves and on behalf of others similarly situated,

Plaintiffs,

v.

CRICUT, INC.,

Defendant.

Case No. 2:26-cv-00705-RAJ

**DECLARATION OF BENJAMIN C. WOODRUFF IN SUPPORT OF MOTION TO TRANSFER VENUE**

I, Benjamin C. Woodruff, hereby declare as follows:

1.    I am an attorney with the law firm of Snell & Wilmer LLP, counsel of record for Cricut, Inc. ("Defendant"). I have personal knowledge of the following facts. I am over the age of 18, and I am competent to testify.

2.    I contacted Plaintiffs' counsel on Wednesday, March 4, 2026, and requested a meet and confer in connection with Defendant's Motion to Transfer Venue.

3.    On March 4, 2026, I spoke with Michael Tackeff, counsel of record for Plaintiffs, regarding Defendant's intention to file such a motion, including its basis and the district to which transfer was sought.

WOODRUFF DECLARATION ISO
MOTION TO TRANSFER VENUE - 1
2:26-CV-00705-RAJ

SNELL & WILMER
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4.      Mr. Tackeff stated that Plaintiffs would not consent to the transfer and then followed up in writing to state that Plaintiffs "anticipate we will likely oppose your motion to transfer venue." Attached as Exhibit A is a true and correct copy of the email received from Mr. Tackeff on March 4, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

DATED this 6th day of March, 2026, in Seattle, Washington.

/s/Benjamin C. Woodruff
BENJAMIN C. WOODRUFF

WOODRUFF DECLARATION ISO
MOTION TO TRANSFER VENUE - 2
2:26-CV-00705-RAJ

# Exhibit A

| | |
|---|---|
| **From:** | Michael Tackeff |
| **To:** | Woodruff, Ben; raina@straussborrelli.com; sam@straussborrelli.com |
| **Cc:** | Lalli, Matthew; Ranade, Amit; ltoops@cohenmalad.com; Natalie Lyons; Ian Bensberg; Gerard Stranch |
| **Subject:** | RE: Bennet et al. v. Cricut, Inc.: Meet and Confer Scheduling This Week |
| **Date:** | Wednesday, March 4, 2026 11:25:04 AM |

**[EXTERNAL]** mtackeff@stranchlaw.com

Ben: per our discussion on the phone just now, we anticipate we will likely oppose your motion to transfer venue to D-UT. Thank you and have a good rest of your day.

**From:** Michael Tackeff
**Sent:** Wednesday, March 4, 2026 1:17 PM
**To:** 'Woodruff, Ben' <bwoodruff@swlaw.com>; raina@straussborrelli.com; sam@straussborrelli.com
**Cc:** Lalli, Matthew <mlalli@swlaw.com>; Ranade, Amit <aranade@swlaw.com>; ltoops@cohenmalad.com; Natalie Lyons <nlyons@cohenmalad.com>; Ian Bensberg <ibensberg@cohenmalad.com>; Gerard Stranch <gstranch@stranchlaw.com>
**Subject:** RE: Bennet et al. v. Cricut, Inc.: Meet and Confer Scheduling This Week

Hi Ben: I can talk on the phone briefly right now if you are available.

**From:** Woodruff, Ben <bwoodruff@swlaw.com>
**Sent:** Wednesday, March 4, 2026 1:15 PM
**To:** raina@straussborrelli.com; sam@straussborrelli.com
**Cc:** Lalli, Matthew <mlalli@swlaw.com>; Ranade, Amit <aranade@swlaw.com>; ltoops@cohenmalad.com; nyons@cohenmalad.com; Ian Bensberg <ibensberg@cohenmalad.com>; Gerard Stranch <gstranch@stranchlaw.com>; Michael Tackeff <mtackeff@stranchlaw.com>
**Subject:** Bennet et al. v. Cricut, Inc.: Meet and Confer Scheduling This Week
**Importance:** High

Hello counsel,

Attached please find Judge Richard A. Jones' Standing Order, which was entered today in the above captioned matter.

This standing order requires that we meet and confer prior to the filing of any motion. Defendant is planning to file a motion to transfer venue this Friday. Therefore, to comply with the Standing Order, we will need to meet and confer. Please provide your availability as soon as possible for a meet and confer this afternoon or tomorrow.

Sincerely,
Ben Woodruff

**Ben Woodruff**

**O:** 206.741.1421
bwoodruff@swlaw.com

## SNELL
## & WILMER

swlaw.com | LinkedIn

600 University Street | Suite 310 | Seattle, WA 98101

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error, please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any attachments from your system.